IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID HART,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 4:16-cv-00374-CDL<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant in the above-styled civil action, by and through their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-styled civil action <u>with prejudice</u>. The parties further agree and stipulate that each party hereto shall be responsible for their own attorneys' fees and costs.

STIPULATED AND AGREED, this 14th day of March, 2018.

**CHARLES A. GOWER, P.C.**

_____
Austin Gower
Georgia Bar No. 303538
Shaun O'Hara
Georgia Bar No. 749503
*Counsel for Plaintiff*

1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906
(706) 324-5685
Austin@CAGower.com
Shaun@CAGower.com

                                            **DREW ECKL & FARNHAM, LLP**

                                            Michael L. Miller
                                            Georgia Bar No. 508011
                                            Douglas G. Smith, Jr.
                                            Georgia Bar No. 656005
                                            *Counsel for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, GA 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
Email: millerm@deflaw.com
          dgsmith@deflaw.com

7769327/1
05695-125079

2

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing ***Stipulation of Dismissal with Prejudice*** on counsel of record via electronic filing with the Court's CM/ECF system, which will automatically deliver a copy of the foregoing to the following:

>Austin Gower
>Shaun O'Hara
>CHARLES A. GOWER, P.C.
>Post Office Box 5509
>Columbus, GA  31906
>Austin@cagower.com
>Shaun@cagower.com

This 15th day of March, 2018.

>**DREW, ECKL & FARNHAM, LLP**
>
>*/s Douglas G. Smith, Jr.*
>Douglas G. Smith, Jr.
>Georgia Bar No. 656005
>Attorney for Defendant

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-6147
dgsmith@deflaw.com

7769327/1
05695-125079